**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PAUL OKITO-NGUWA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-388-R |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | | |

**ORDER**

Upon review of the filing and noting no timely objection to the Report and Recommendation [Doc. No. 12] issued by United State Magistrate Judge Shon T. Erwin, the Court adopts the Report and Recommendation. For the reasons sated therein, the Petition is dismissed as moot. Petitioner, a noncitizen proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens [Doc. No. 9] recommending that the Petition be granted in part and Respondents ordered to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a). Respondents filed a timely Objection [Doc. No. 10], which obligates the Court to undertake a de novo review of those portions of the Report to which a specific objection is made.  28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3).

As explained in the Report, the key question in this case is whether Petitioner is properly detained pursuant to 8 U.S.C. § 1225(b)(2)(A), which provides for mandatory detention, or whether he must instead be detained pursuant to 8 U.S.C. § 1226(a), which

generally provides for a bond hearing. Having reviewed the pertinent filings and Respondents' Objection, the Court agrees with Judge Stephens' conclusion that that § 1226(a) applies to Petitioner's detention.[1]

Accordingly, the Report and Recommendation [Doc. No. 9] is ADOPTED. The Petition for Writ of Habeas Corpus is GRANTED in part and Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a). Because the Court grants relief on statutory grounds, it declines to reach the remaining claim.

IT IS SO ORDERED this 3rd day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] On this issue, the Court finds persuasive the analysis provided in *Castañon-Nava v. U.S. Dep't of Homeland Sec.*, 161 F.4th 1048 (7th Cir. 2025) and *Cunha v. Freden*, No. 25-3141-PR, 2026 WL 1146044 (2d Cir. Apr. 28, 2026). The Court acknowledges the contrary decisions in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) and *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026).