**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PAUL OKITO-NGUWA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-388-R** |
| | ) | |
| **SCARLET GRANT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Upon review of the filing and noting no timely objection to the Report and Recommendation [Doc. No. 12] issued by United State Magistrate Judge Shon T. Erwin, the Court adopts the Report and Recommendation. For the reasons stated therein, the Petition is dismissed as moot.

IT IS SO ORDERED this 4th day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE